1
2
3
4
5
6
7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  PETER GRAVES,                                 No.  2:15-cv-1135-WBS-EFB PS

12            Plaintiff,

13       v.                                       ORDER

14  UNITED STATES MARSHALL OFFICE,
    et al.,
15
              Defendants.
16

17

18         On January 31, 2017, the magistrate judge filed findings and recommendations herein,

19  recommending that plaintiff's complaint be dismissed without leave to amend.  While the

20  magistrate judge correctly noted that there is no allegation that any of the defendants were acting

21  under color of state law for purposes of 42 U.S.C. § 1983, the court cannot conclude that plaintiff

22  would be unable to state a claim against defendants, as federal officers, under <u>Bivens v. Six

23  Unknown Named Agents</u>, 403 U.S. 388 (1971).  The court will therefore adopt the magistrate

24  judge's recommendation to dismiss the complaint, but will afford plaintiff leave to amend to state

25  a claim under <u>Bivens</u>.

26         Accordingly, IT IS HEREBY ORDERED that plaintiff's complaint is dismissed without

27  prejudice; and plaintiff is given 20 days from the date of this order to file an amended complaint

28

1  if he can do so consistent with this order.

2

3  Dated:  February 24, 2017

4  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28