UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER GRAVES,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES MARSHALL OFFICE, et al.,<br><br>    Defendants. | No.  2:15-cv-1135-WBS-EFB PS<br><br><br><u>FINDINGS AND RECOMMENDATIONS</u> |

On February 24, 2017, the assigned district judge dismissed plaintiff's complaint for failure to state a claim, and granted him 20 days to file an amended complaint. The deadline has passed and plaintiff has not filed an amended complaint.

Accordingly, it is RECOMMENDED that this action be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right

/////

1

to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 4, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE